```
           UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                   WESTERN DIVISION
```

ROWLAND HATCHETT                                         PLAINTIFF

VERSUS                               CIVIL NO: 5:10-CV-176-DCB-JMR

YAZOO CITY, Mississippi, et al.
                                                        DEFENDANTS

## ORDER

Before the Court is the Plaintiff, Rowland Hatchett's, Motion for Default Judgment against Defendants Yazoo City, Mississippi; Chief of Police Eric Snow of the Yazoo City Police Department, in his official capacity; and Officer Terry Jones of the Yazoo City Police Department, in his official capacity. Defendants have not responded to the Motion but this Court was recently informed by an attorney for Defendants that they just received notice of the lawsuit and the Motion for Default Judgment. Defendants have 10 days from the date of this Order to respond to the Motion. As previously ordered, a hearing on the Motion will be held on July 12, 2011 at 10:30 am in the Natchez Courthouse.

For the foregoing reasons,

**IT IS HEREBY ORDERED** that Defendants have 10 days from the date of this Order to respond to the Plaintiff's Motion for Default Judgment.

**SO ORDERED**, this the 15th day of June, 2011.

                                   s/ David Bramlette
                              **UNITED STATES DISTRICT JUDGE**