```
          UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                  WESTERN DIVISION
```

ROWLAND HATCHETT                                                PLAINTIFF

VERSUS                              CIVIL NO: 5:10-CV-176-DCB-JMR

YAZOO CITY, Mississippi, et al.
                                                               DEFENDANTS

### ORDER

Before the Court is the Plaintiff, Rowland Hatchett's, Motion for Default Judgment [docket entry no. 10] against Defendants Yazoo City, Mississippi; Chief of Police Eric Snow of the Yazoo City Police Department, in his official capacity; and Officer Terry Jones of the Yazoo City Police Department, in his official capacity.  After being served with a copy of this Court's order setting a hearing on the Motion for Default, an attorney for Defendants entered an appearance on the record and moved to set aside the entry of default [docket entry no. 18], arguing that the Defendants were not properly served.  The Plaintiff has now moved to withdraw his Motion for Default Judgment [docket entry no. 20].

In light of the forgoing,

**IT IS HEREBY ORDERED THAT** the Plaintiff's Motion for Default Judgment is **MOOT**;

**IT IS FURTHER ORDERED THAT** the Defendants' Motion to Set Aside Default [docket entry no. 18] is **GRANTED**;

**IT IS FURTHER ORDERED THAT** the Plaintiff'S Motion to Withdraw the Motion for Default Judgment [docket entry no. 20] is **GRANTED;**

**IT IS FURTHERED ORDERED THAT** the hearing currently set for July 12, 2011 is **CANCELLED.**

**SO ORDERED**, this the 6th day of July, 2011.


                                          s/ David Bramlette
                                       **UNITED STATES DISTRICT JUDGE**